MEB/2007R01026

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. |
| | : | |
| v. | : | Criminal No. 08-695 |
| | : | |
| HUASCAR VILLA, | : | 21 U.S.C. § 846 |
| a/k/a "Guillermo Laporte-Gonzalez" | : | |

I N F O R M A T I O N

The defendant having waived in open court prosecution by indictment, the United States Attorney for the District of New Jersey charges:

From at least as early as August 2006 through in or about February 2008, in Essex County, in the District of New Jersey and elsewhere, defendant

HUASCAR VILLA,
a/k/a "Guillermo Laporte-Gonzalez"

did knowingly and intentionally conspire and agree with others to distribute and to possess with intent to distribute 1 kilogram or more of heroin, a Schedule I controlled substance, contrary to Title 21, United States Code, Sections 841(a) and 841(b)(1)(A)(i).

In violation of Title 21, United States Code, Section 846.

*Christopher J. Christie*
CHRISTOPHER J. CHRISTIE
United States Attorney